**Patrick Ryan BRAY, Plaintiff–Appellant**

v.

**BANK OF AMERICA, Defendant–Appellee.**

No. 15–1148.

United States Court of Appeals, Eighth Circuit.

Submitted: June 3, 2015.

Filed: June 9, 2015.

Patrick Ryan Bray, Bradenton, FL, pro se.

Janelle E. Fulton, Christopher S. Koller, Rubin, Fortunato & Harbisonh, P.C., Paoli, PA, for appellee.

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

Florida financial advisor Patrick Ryan Bray appeals the orders of the district court [1] dismissing his Bank Holding Company Act and state-law defamation claims against Bank of America, denying him leave to amend, and denying his motion for reconsideration.

States District Judge for the Eastern District

After carefully reviewing the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Plymouth Cnty., Iowa v. Merscorp, Inc.,* 774 F.3d 1155, 1158–59 (8th Cir.2014) (appellate court reviews dismissal for failure to state a claim de novo); *Mountain Home Flight Serv., Inc. v. Baxter Cnty., Ark.,* 758 F.3d 1038, 1045 (8th Cir.2014) (appellate court reviews denial of leave to amend for abuse of discretion); *Miller v. Baker Implement Co.,* 439 F.3d 407, 414 (8th Cir.2006) (appellate court reviews denial of motions under Fed.R.Civ.P. 59(e) or 60(b) for abuse of discretion).

The judgment is affirmed. *See* 8th Cir. R. 47B. Bank of America's pending motion to file a supplemental brief is denied.